**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRO 49 DEVELOPMENT, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>NESS EXPRESS 1, LLC, a Delaware limited liability company; ADAM DECKER, an individual; JOSEPH DECKER, an individual; TOMMY'S EXPRESS LLC, a Michigan limited liability company; RYAN ESSENBURG, an individual, and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | **CASE NO. 2:24-cv-01850-JAM-JDP**<br><br>[Removed from Placer County Superior Court, Case No. S-CV-0052813]<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT EXCEEDING 28 DAYS (L.R. 144) (ECF No. 27)** |

Having reviewed the Parties' Stipulation To Extend Time To Respond To Initial Complaint Exceeding 28 Days ("Stipulation") and finding good cause:

IT IS HEREBY ORDERED that:

Defendants Tommy's Express LLC and Ryan Essenberg's responses to the complaint will be due on or before **November 20, 2024**.

**IT IS SO ORDERED.**

Dated: November 06, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE