ALEXANDER KANDEL (SBN 306176)
akandel10@gmail.com
1240 S. Corning St., Suite 308
Los Angeles, California 90035
Telephone: (424) 279-4287

Attorney for Plaintiff PRO 49 DEVELOPMENT, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO 49 DEVELOPMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NESS EXPRESS 1, LLC, a Delaware limited liability company; ADAM DECKER, an individual; JOSEPH DECKER, an individual; TOMMY'S EXPRESS LLC, a Michigan limited liability company; RYAN ESSENBURG, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-001850-JAM-JDP<br><br>[Removed from Placer County Superior Court, Case No. S-CV-0052813]<br><br>**JOINT STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT ADDING NESS EXPRESS HOLDINGS, LLC AS DEFENDANT** |

Plaintiff Pro 49 Development, LLC ("Pro 49") and Defendants Ness Express 1, LLC ("Ness"), Adam Decker ("A. Decker"), Joseph Decker ("J. Decker"), Tommy's Express LLC ("Tommy's"), and Ryan Essenburg ("Essenburg") (collectively, the "Parties"), through their respective counsel hereby enter the following joint stipulation:

**WHEREAS:**

1. On May 15, 2024, Pro 49 filed a complaint in the Superior Court for the State of California for the County of Placer, entitled *Pro 49 Development, LLC v. Ness Express 1, LLC, et al.,* Case No. S-CV-0052813;

2. In the Complaint, Pro 49 named the following Defendants: Ness Express, A. Decker, J. Decker, Tommy's, Essenburg, and Does 1-100;

3. On June 28, 2024, Ness Express filed a Notice of Removal of Civil Action Under 28 U.S.C. Section 1441 (Diversity Jurisdiction), removing the case to this Court (Dkt. No. 1);

4. On October 4, 2024, A. Decker and J. Decker filed a Notice of Motion and Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Decker Motion to Dismiss"), arguing that Pro 49 failed to state a claim against them on the basis of alter ego liability (Dkt. No. 22);

5. In the Motion to Dismiss, A. Decker and J. Decker argue that "the Deckers do not own Ness. Adam [Decker] and Joe [Decker] own Ness [Express] Holdings, LLC." Dkt. No. 22 at 7:6;

6. The Court denied the Decker Motion to Dismiss and noted that "the Deckers previously stated that Ness is 'wholly owned by parent company' Ness Express Holdings. The Deckers also admit that they are the 'sole members of Ness Holdings,' which means they exclusively and completely control Ness." Dkt. No. 30 at 7:24-28 (citations omitted);

7. Pro 49 contends that justice requires adding Ness Express Holdings, LLC as a defendant;

8. Pursuant to Federal Rules of Civil Procedure 15, Pro 49 may amend its pleading either as a matter of course, with leave of Court, or with the opposing parties' consent;

9. Pursuant to Federal Rules of Civil Procedure 21, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party";

10. The Parties have agreed to allow Pro 49 to amend its Complaint, and file a First Amended Complaint, adding Ness Express Holdings, LLC, a Delaware limited liability company, as a defendant in this Action.

**BASED ON THE FOREGOING, THE PARTIES STIPULATE AS FOLLOWS:**

1. Pro 49 may file a First Amended Complaint, to add Ness Express Holdings, LLC, a Delaware limited liability company, as a defendant.

2. The timing of Pro 49's filing of the First Amended Complaint will be simultaneous with any amendment to the Complaint in response to the Court's anticipated ruling on the currently pending Motion to Dismiss filed by Tommy's and Essenburg. Dkt. No. 32. If no such amendment is permitted by the ruling on Dkt. No. 32, Pro 49 shall file its First Amended Complaint within 21 days of the Court's ruling on Dkt. No. 32. Such First Amended Complaint shall contain no amendments relating to any allegation against Tommy's or Essenburg, except to the extent permitted by the Court's anticipated ruling on Dkt. No. 32.

**IT IS SO STIPULATED.**

//
//
//
//
//
//
//
//
//
//
//

Date: __December 12, 2024__

By: ___/s/ Alexander Kandel_____
Alexander Kandel
Attorney for Plaintiff Pro 49 Development, LLC

Date: __December 13, 2024__

FERGUSON CASE ORR PASTERSON LLP
By: __/s/ Norry S. Harn_____
Leslie A. McAdam
Norry S. Harn
Attorneys for Defendants Ness Express 1, LLC; Adam Decker; and Joseph Decker

Date: __December 12, 2024___

BAKER & MCKENZIE LLP
By: __/s/ Nancy Nguyen Sims_____
Nancy Nguyen Sims
Michelle Leonard
Attorneys for Defendants Tommy's Express LLC and Ryan Essenburg

//
//
//
//
//
//
//
//
//
//
//
//
//
//

3
JOINT STIPULATION AND ORDER TO FILE FAC ADDING NESS EXPRESS HOLDINGS, LLC AS DEFENDANT

**ORDER**

Plaintiff Pro 49 may file a First Amended Complaint, to add Ness Express Holdings, LLC, a Delaware limited liability company, as a defendant.

The timing of Pro 49's filing of the First Amended Complaint will be simultaneous with any amendment to the Complaint in response to the Court's anticipated ruling on the currently pending Motion to Dismiss filed by Tommy's and Essenburg. Dkt. No. 32. If no such amendment is permitted by the ruling on Dkt. No. 32, Pro 49 shall file its First Amended Complaint within 21 days of the Court's ruling on Dkt. No. 32. Such First Amended Complaint shall contain no amendments relating to any allegation against Tommy's or Essenburg, except to the extent permitted by the Court's anticipated ruling on Dkt. No. 32.

**IT IS SO ORDERED.**

Dated: December 16, 2024    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE