ALEXANDER KANDEL (SBN 306176)
akandel10@gmail.com
1240 S. Corning St., Suite 308
Los Angeles, California 90035
Telephone: (424) 279-4287

Attorney for Plaintiff PRO 49 DEVELOPMENT, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO 49 DEVELOPMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NESS EXPRESS 1, LLC, a Delaware limited liability company; ADAM DECKER, an individual; JOSEPH DECKER, an individual; TOMMY'S EXPRESS LLC, a Michigan limited liability company; RYAN ESSENBURG, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-01850-JAM-JDP<br><br>[Removed from Placer County Superior Court, Case No. S-CV-0052813]<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

Plaintiff Pro 49 Development, LLC and Defendants Ness Express 1, LLC; Ness Express Holdings LLC; Adam Decker; Joseph Decker; Tommy's Express LLC; and Ryan Essenburg, through their respective counsel hereby enter the following joint stipulation:

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of the above-entitled action, with prejudice as to all claims, causes of action, and parties, and with each party bearing that party's own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Date: __9/9/25_____

By: ___/s/ Alexander Kandel_____
Alexander Kandel
Attorney for Plaintiff Pro 49 Development, LLC

Date: ___9/9/2025_____

FERGUSON CASE ORR PASTERSON LLP
By: ___/s/ Leslie McAdam_____
Leslie A. McAdam
Norry S. Harn
Attorneys for Defendants Ness Express 1, LLC; Ness Express Holdings, LLC; Adam Decker; and Joseph Decker

Date: ___9/9/2025_____

BAKER & MCKENZIE LLP
By: ___/s/ Nancy Sims_____
Nancy Nguyen Sims
Attorneys for Defendants Tommy's Express LLC and Ryan Essenburg

//
//
//
//
//
//

# ORDER

This case is **DISMISSED with prejudice** as to all claims, causes of actions and parties. Each party shall bear that party's own attorneys' fees and costs. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated:  October 08, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE